# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Alton Wesley Gore, Jr., Petitioner.

Appellate Case No. 2014-001496

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Horry County
Edward B. Cottingham, Special Circuit Court Judge

---

Opinion No. 27595
Heard October 21, 2015 – Filed December 2, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Nicole Nicolette Mace and Amy Kristan Raffaldt, both of The Mace Law Firm, of Myrtle Beach, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Christina Catoe Bigelow, both of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**